**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld (SBN 110641)
Brian M. Englund (SBN 070753)
11335 Gold River Drive, Suite 145
Gold River, California 95670
Telephone: (916) 638-8600/Facsimile: (916) 638-8770
E-mail:  hgsac@aol.com

Attorneys for Defendants
WHIRLPOOL CORPORATION and
EMERSON ELECTRIC CO.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　-vs-<br><br>WHIRLPOOL CORPORATION; EMERSON ELECTRIC COMPANY; and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:07-CV-00630-FCD-GGH<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

The parties stipulate that based on the representation of Michael King, defendants' lead counsel, that his wife recently has been scheduled for heart surgery, and this will limit his ability for several weeks to travel for depositions, and because all parties need additional time to complete discovery, the Status (Pretrial Scheduling) Order of July 26, 2007 may be modified, as follows:

The close of non-expert witness discovery shall be extended from January 11, 2008 to March 11, 2008;

The date for written designation of expert witnesses shall be extended from January 25, 2008 to March 25, 2008; and

The date for written designation of supplemental expert witnesses shall be extended from February 14, 2008 to April 14, 2008.

1
**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**

All other dates set by the Order of July 26, 2007 shall remain unaltered.

HENNELLY & GROSSFELD LLP

Dated:  December ___, 2007          By:_____
                                    Brian M. Englund
                                    11335 Gold Express Drive, Suite 145
                                    Gold River, CA  95670
                                    benglund@hgla.com
                                    (916)638-8600

HUBERT & YASUTAKE

Dated:  December _____, 2007       By: _____
                                    Darrel K. Yasutake
                                    1320 Willow Pass Road, Suite 590
                                    Concord, California 94520
                                    dyasutakehylaw@aol.com
                                    Telephone:   (925) 680-4266

## **ORDER**

Pursuant to the above stipulation and the resetting of the expert and non-expert discovery dates the court makes the following additional modifications:  all expert discovery shall be completed no later than May 12, 2008.  The last date to have a dispositive motion heard is RESET to July 11, 2008.  The final pretrial conference is RESET to September 26, 2008 1:30 p.m.  The Joint Pretrial Statement shall be filed on or before September 19, 2008.  The parties are to refer to the court's PSC order as to the form and content of the statement.  The jury trial is RESET to November 19, 2008 at 9:00 a.m.

IT IS SO ORDERED.

Dated: December 7, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE