**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld (SBN 110641)
Brian M. Englund (SBN 070753)
11335 Gold River Drive, Suite 145
Gold River, California 95670
Telephone: (916) 638-8600/Facsimile: (916) 638-8770
E-mail:  hgsac@aol.com

Attorneys for Defendants
WHIRLPOOL CORPORATION and
EMERSON ELECTRIC CO.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　-vs-<br><br>WHIRLPOOL CORPORATION; EMERSON ELECTRIC COMPANY; and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 2:07-CV-00630-FCD-GGH<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

　　　The parties stipulate that because depositions timely noticed by plaintiff could not be completed by the current discovery cut off because of scheduling problems, and because plaintiff wants to engage in destructive inspection and testing of the product involved in this case, the Scheduling Order of December 7, 2007 may be modified, as follows:

　　　The close of non-expert witness discovery shall be extended from March 11, 2008 to April 30, 2008, with respect to those depositions already noticed by plaintiff, and with respect to any destructive inspection and testing of the subject product;

　　　The date for written designation of expert witnesses shall be extended from March 25, 2008 to May 15, 2008;

　　　The date for written designation of supplemental expert witnesses shall be extended from April 14, 2008 to June 4, 2008; and

The date for completion of expert discovery shall be extended from May 12, 2008 to June 30, 2008.

All other dates set by the Order of December 7, 2007 shall remain unaltered.

HENNELLY & GROSSFELD LLP

Dated:   March ___, 2008          By:_____
                                      Brian M. Englund
                                      11335 Gold Express Drive, Suite 145
                                      Gold River, CA  95670
                                      benglund@hgla.com
                                      (916)638-8600


HUBERT & YASUTAKE

Dated:  March ____, 2008          By:  _____
                                      Darrel K. Yasutake
                                      1320 Willow Pass Road, Suite 590
                                      Concord, California 94520
                                      dyasutakehylaw@aol.com
                                      Telephone:   (925) 680-4266

## ORDER

In light of the above stipulation and the resetting of the discovery and expert discovery deadlines, conflicts now exist with the court's calendar and the remaining dates set in this action. Accordingly, the following dates are hereby RESET: all dispositive motions shall be heard no later than September 5, 2008, the final pretrial conference is RESET to November 14, 2008 at 2:30 p.m. The Joint Pretrial Statement to be filed on or before November 7, 2008.  The jury trial is RESET for January 27, 2009 at 9:00 a.m.

DATED: March 17, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE